# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**OSCAR ALFREDO RIZO-COLINDRES**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1640-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 27, 2005,** in **Suffolk** County, in the District of **Massachusetts** defendant did, (Track Statutory Language of Offense)

knowingly and intentionally and unlawfully import into the United States from a place outside thereof, approximately 500 grams of heroin, a Schedule I controlled substance.

in violation of Title __21__ United States Code, Section(s) __952(a) and 960__.

I further state that I am a(n) __U.S. ICE Special Agent__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit of Special Agent G. Ryan Arnold

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_____
Signature of Complainant
G. Ryan Arnold
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

January 28, 2005                          Boston, Massachusetts
Date                                      City and State

**CHARLES B. SWARTWOOD**
**UNITED STATES MAGISTRATE JUDGE**
_____         _____
Name and Title of Judicial Officer        Signature of Judicial Officer