UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
vs.                                 )   CRIMINAL ACTION
                                    )   NO. 05-1640-CBS
OSCAR ALFREDO RIZO-COLINDRES,       )
            Defendant,              )
_____)

ORDER OF DETENTION
January 31, 2005

**SWARTWOOD, M.J.**

I.  Nature Of The Offense And The
    Government's Motion For Detention

On January 28, 2005, a Criminal Complaint was filed charging Oscar Alfredo Rizo-Colindres ("Mr. Rizo-Colindres"), with knowingly, intentionally and unlawfully importing into the United States from a place outside thereof approximately 500 grams of heroin, in violation of 21 U.S.C. §§952(a) and 960.

On January 29, 2005, Mr. Rizo-Colindres appeared before me for his initial appearance in this Court in connection with this Complaint and at that time, I advised him of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §3142(f)(1)(C)(Defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the "Control Substances Act") (21 U.S.C. § 801 *et seq.*)) and (f)(2)(A)(risk of flight).

At Mr. Rizo-Colindres' initial appearance, he waived his right to a probable cause hearing and assented to an Order of Detention but reserved his right to a detention hearing in the future.

V.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Mr. Rizo-Colindres be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Rizo-Colindres be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Rizo-Colindres is detained and confined shall deliver Mr. Rizo-Colindres to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/S/CHARLES B. SWARTWOOD, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE