UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA   )
)
V.                         )   CRIMINAL NO. 01640-CBS
)
OSCAR A. RUIZ-COLINDRES    )

NOTICE OF APPEARANCE

NOW comes the undersigned counsel, and hereby files an appearance on behalf of the defendant in the above-entitled action.

Respectfully Submitted,

I hereby certify that I served by mail/hand on the opposing party/atty a copy of the foregoing document this 10 day of Feb 2005

Roxana V. Muro
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02111
Tel. (617) 523-6320
Fax. (617) 523-6324
Email:dfitzgerald@fitzgeraldlawcompany.com
BBO No. 653657
BBO No. 634881
District Court No. 94776
District Court No. 643881