UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   MAGISTRATE NO. 05 1640 CBS

OSCAR ALFREDO RIZO-COLINDRES

MOTION TO WITHDRAW

Roger Witkin, counsel of record for the defendant, Oscar Alfredo Rizo-Colindres, moves to withdraw.

As grounds for same the undersigned says that he has been notified by Roxana V. Muro, Esq., Fitzgerald and Co., LLC, 18 Tremont Street, Suite 210, Boston, MA 02108, tel 617 523 6320, fax 617 523 6324 that that office now represents Oscar Alfredo Rizo-Colindres in this case.

*/s/ Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: February 14, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              MAGISTRATE NO. 05 1640 CBS

OSCAR ALFREDO RIZO-COLINDRES

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party and a courtesy copy to the Clerk of Court, Lisa Roland, Courtroom Clerk for Honorable B. Charles Swartwood, III mail and electronic filing, which was e-filed this day.

　　　　　　　　　　　　　　　　　　　_/s/ Roger Witkin_
　　　　　　　　　　　　　　　　　　　Roger Witkin
　　　　　　　　　　　　　　　　　　　6 Beacon Street, Suite l0l0
　　　　　　　　　　　　　　　　　　　Boston, MA 02l08
　　　　　　　　　　　　　　　　　　　Tel. 6l7 523 0027
　　　　　　　　　　　　　　　　　　　Fax 6l7 523 2024
　　　　　　　　　　　　　　　　　　　BBO No. 53l780

DATE:       February 14, 2005