UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 17 P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 01640-CBS |
| ) | |
| OSCAR A. RUIZ-COLINDRES ) | |

NOTICE OF APPEARANCE

NOW comes the undersigned counsel, and hereby files an appearance on behalf of the defendant in the above-entitled action.

Respectfully Submitted,

Roxana V. Muro
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02111
Tel. (617) 523-6320
Fax. (617) 523-6324
Email:dfitzgerald@fitzgeraldlawcompany.com
BBO No. 653657
BBO No. 634881
District Court No. 94776
District Court No. 643881